**Fill in this information to identify the case:**

Debtor name    **Mr Bing LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

---

### Part 1:   Summary of Assets

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

     1a. **Real property:**
        Copy line 88 from *Schedule A/B*............................................................................    $ _____ 0.00

     1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*........................................................................    $ _____ 1,636,660.00

     1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.........................................................................    $ _____ 1,636,660.00

---

### Part 2:   Summary of Liabilities

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................    $ _____ 3,617,239.76

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $ _____ 131,832.09

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................    +$ _____ 1,853,787.69

4. **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b      $ _____ 5,602,859.54

**Fill in this information to identify the case:**

Debtor name        **Mr Bing LLC**

United States Bankruptcy Court for the:        SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **JPMorgan Chase, N.A.** | **Business checking** | **9537** | $0.00 |
| 3.2. | **TD Bank, N.A.** | **Business checking** | **6272** | $0.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $0.00 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

| 8.1. | **Prepaid insurance** | $32,329.00 |
| --- | --- | --- |

9.     **Total of Part 2.**

       Add lines 7 through 8. Copy the total to line 81.

| | |
|---|---|
| | **$32,329.00** |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.     **Accounts receivable**

       11a. 90 days old or less:      **25,083.00**    -      **0.00**   = ....      **$25,083.00**

                        face amount                 doubtful or uncollectible accounts

12.     **Total of Part 3.**

       Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | |
|---|---|
| | **$25,083.00** |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.

■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:          % of ownership | | |
| 15.1. | **Mr. Bing of 8 West 46th Street LLC**    **100** % | **Revenue based** | **$0.00** |
| 15.2. | **Mr Bing Vanderbilt LLC**    **100** % | **Revenue based** | **$0.00** |
| 15.3. | **Mr Bing Mobile Foods LLC**    **100** % | **Revenue based** | **$0.00** |
| 15.4. | **Mr Bing of 115 St Marks LLC**    **100** % | **Revenue based** | **$0.00** |
| 15.5. | **Mr Bing NYC LLC**    **100** % | **Revenue based** | **$0.00** |
| 15.6. | **Mr Bing of 28th St LLC**    **100** % | **Revenue based** | **$0.00** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 15.7. | **Mr Bing of Times Square LLC** | 100 | % | **Revenue based** | $0.00 |

| 15.8. | **MRB Logistics LLC** | 100 | % | **Revenue based** | $0.00 |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**                                                                         $0.00
       Add lines 14 through 16.  Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** <br> **Two (2) televisions, four (4) desks and four (4) chairs** | Unknown | Liquidation | $800.00 |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Printer, two (2) laptops and two (2) iPads** | Unknown | Liquidation | $1,100.00 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                         $1,900.00
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No

■ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Flour mixer, walk-in refridgerator, rice cooker,<br>ten (10) lowboy refridgerators, three (3)<br>commercial freezers, six (6) crepe machines,<br>three (3) BAO dumpling steamers and various<br>pots and pans** | Unknown | Liquidation | $10,000.00 |

| 51. | **Total of Part 8.** | $10,000.00 |
|---|---|---|
| | Add lines 47 through 50.  Copy the total to line 87. | |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 60. | Patents, copyrights, trademarks, and trade secrets | | | |
|---|---|---|---|---|
| | **U.S. Trademark: MR BING BEIJING STREET CREPES in Class 1A;1B (Serial No. 85881854; Registration No. 5059794)** | **Unknown** | **Revenue based** | **$1,000.00** |

| 61. | Internet domain names and websites | | | |
|---|---|---|---|---|
| | **Domain name (www.mr-bing.com)** | **Unknown** | **Revenue based** | **$500.00** |

| 62. | Licenses, franchises, and royalties | | | |
|---|---|---|---|---|
| 63. | Customer lists, mailing lists, or other compilations | | | |
| 64. | Other intangibles, or intellectual property | | | |
| | **Chinese crepes recipes** | **Unknown** | **Revenue based** | **$0.00** |

| 65. | Goodwill | | | |
|---|---|---|---|---|
| | **Goodwill** | **Unknown** | **N/A** | **$0.00** |

| 66. | Total of Part 10. | | **$1,500.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| | **Unused net operating losses**     Tax year **2015-2019** | **$1,555,848.00** |
| 73. | **Interests in insurance policies or annuities** | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**
       **Counterclaims against contractor for damages and
       disbursements (*AIK Renovations Inc. v. Mr. Bing LLC,
       Index No. 654094/2019*)**                                                      **$10,000.00**

       | Nature of claim | **Counterclaims** |
       |---|---|
       | Amount requested | **$10,000.00** |

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                                **$1,565,848.00**

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $32,329.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $25,083.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,900.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $10,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,500.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,565,848.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,636,660.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,636,660.00 |

Debtor name **Mr Bing LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF NEW YORK**

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property          **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured
claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

---

**2.1** | **ACP Bing, Inc.**
Creditor's Name

**400 Hamilton Avenue, Ste 230
Palo Alto, CA 94301**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
2/8/18**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**All assets of the Debtor pursuant to that
certain *Secured Convertible Note* dated
February 8, 2018 and the documentation
executed in connection therewith**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$2,000,000.00**
Value of collateral: **Unknown**

---

**2.2** | **ACP Bing, Inc.**
Creditor's Name

**400 Hamilton Avenue, Ste 230
Palo Alto, CA 94301**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred
8/15/18**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**

Describe debtor's property that is subject to a lien
**All assets of the Debtor pursuant to that
certain *Secured Convertible Note* dated
August 15, 2018 and the documentation
executed in connection therewith**

Describe the lien
**Non-Purchase Money Security**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

Amount of claim: **$350,000.00**
Value of collateral: **Unknown**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Andrew Plimack** | | **$10,000.00** | **Unknown** |

Creditor's Name

**8820 Walthier Blvd, #2106
Balto, MD 21234**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
7/7/19
Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Various collateral pursuant to that certain**
*Secured Convertible Note* **dated June 7, 2019
and the documentation executed in
connection therewith**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Balitai Jianbing LLC** | | **$500,000.00** | **Unknown** |

Creditor's Name

**c/o Kuafu Properties LLC
1500 Broadway, Suite 2202
New York, NY 10036**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
10/8/18
Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**Various collateral pursuant to that certain**
*Secured Convertible Note* **dated October 8,
2018 and the documentation executed in
connection therewith**

**Describe the lien**
**Non-Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Becky Yang** | | **$10,000.00** | **Unknown** |

Creditor's Name

**21 East 90th St, #4D
New York, NY 10016**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Various collateral pursuant to that certain**
*Secured Convertible Note* **dated June 7, 2019
and the documentation executed in
connection therewith**

**Describe the lien**
**Non-Purchase Money Security**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/7/19**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Ben Duvall** | **Describe debtor's property that is subject to a lien** | $10,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Various collateral pursuant to that certain** *Secured Convertible Note* **dated October 8, 2018 and the documentation executed in connection therewith**

**22 Windsor Place**
**Brooklyn, NY 11215**
Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/7/19**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Brian H. Goldberg** | **Describe debtor's property that is subject to a lien** | $75,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Various collateral pursuant to that certain** *Secured Convertible Note* **dated June 7, 2019 and the documentation executed in connection therewith**

**200 E 69th St, Apt. 17D**
**New York, NY 10021**
Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/7/19**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Brian Wong** | Describe debtor's property that is subject to a lien | $25,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**54 Kennedy Road
Ewan Ct, Apt 10C
Hong Kong, SAR**

Creditor's mailing address

**Various collateral pursuant to that certain** *Secured Convertible Note* **dated June 7, 2019 and the documentation executed in connection therewith**

**Describe the lien**

**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**7/7/19**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Jinyuan Jin** | Describe debtor's property that is subject to a lien | $10,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**210 W 89th St, # 11F
New York, NY 10024**

Creditor's mailing address

**Various collateral pursuant to that certain** *Secured Convertible Note* **dated June 7, 2019 and the documentation executed in connection therewith**

**Describe the lien**

**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**6/7/19**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Josh Shedroff** | Describe debtor's property that is subject to a lien | $10,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**34 Wynmor Rd
Scarsdale, NY 10583**

Creditor's mailing address

**Various collateral pursuant to that certain** *Secured Convertible Note* **dated June 7, 2019 and the documentation executed in connection therewith**

**Describe the lien**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

**Date debt was incurred**

**7/7/19**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.11 | **JPMorgan Chase Bank, N.A.** | Describe debtor's property that is subject to a lien | $180,477.21 | Unknown |

Creditor's Name

**Various equipment, pursuant to that certain** *Commercial Security Agreement* **dated June 21, 2017 and the documentation executed in connection therewith**

**4 New York Plaza, 14 Fl.**
**New York, NY 10004**

Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known _____

**Date debt was incurred**

**4/17**

**Last 4 digits of account number**

**3002**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.12 | **JPMorgan Chase Bank, N.A.** | Describe debtor's property that is subject to a lien | $36,762.55 | Unknown |

Creditor's Name

**All inventory, chattel paper, accounts, equipment and general intangibles pursuant to that certain** *Commercial Security Agreement* **dated April 19, 2017 and the documentation executed in connection therewith**

**4 New York Plaza, 14 Fl.**
**New York, NY 10004**

Creditor's mailing address

**Describe the lien**
**Non-Purchase Money Security**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

Creditor's email address, if known _____

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**6/17**

**Last 4 digits of account number**

**3003**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.13 | **Key Liberty LLC** | | |
|---|---|---|---|
| | Creditor's Name | Describe debtor's property that is subject to a lien | **$150,000.00** | **Unknown** |

**Key Liberty LLC**

Creditor's Name

Describe debtor's property that is subject to a lien
**Various collateral pursuant to that certain *Secured Convertible Note* dated June 7, 2019 and the documentation executed in connection therewith**

**611 11th Ave**
**San Francisco, CA 94118**

Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/7/19**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.14 | **Ning Wong and Ed Bennett** | | |
|---|---|---|---|
| | | Describe debtor's property that is subject to a lien | **$40,000.00** | **Unknown** |

Creditor's Name

**1 Pandan Vally, #04-103**
**Camellia Terrace**
**Singapore 597625**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**Various collateral pursuant to that certain *Secured Convertible Note* dated June 7, 2019 and the documentation executed in connection therewith**

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/7/19**
Last 4 digits of account number

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.15 | **Phil Tulk** | Describe debtor's property that is subject to a lien | **$10,000.00** | **Unknown** |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Creditor's Name

**Various collateral pursuant to that certain**
*Secured Convertible Note* **dated June 7, 2019**
**and the documentation executed in**
**connection therewith**

**2445 West 33rd Ave**
**Vancouver, BC**
**V6M 1C4, Canada**

Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

**7/7/19**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.16 | **RXS Bing Partners, LLC** | Describe debtor's property that is subject to a lien | $100,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Various collateral pursuant to that certain**
*Secured Convertible Note* **dated June 7, 2019**
**and the documentation executed in**
**connection therewith**

**152 West 28th St.**
**New York, NY 10001**

Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

**7/7/19**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**
**interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated
☐ Disputed

---

| 2.17 | **SJ Master Development, LLC** | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**One hundred percent (100%) of the**
**membership interest in Mr Bing Vanderbilt**
**LLC**

**45 Middle Neck Rd**
**Great Neck, NY 11021**

Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**1/13/20**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number  _____

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   **$3,617,239.76**

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor name    **Mr Bing LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**NYS Dept. of Taxation & Finance**<br><br>**P.O. Box 5300**<br>**Albany, NY 12205** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $131,832.09 | $131,832.09 |
| Date or dates debt was incurred<br>**11/30/18** | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**150 West 28th Street LLC**<br>**89 Fifth Avenue**<br>**New York, NY 10003** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $22,663.22 |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Commercial lease**<br>Is the claim subject to offset? ☑ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address<br>**3 Springs Water LLC**<br>**1800 Pine Run Rd**<br>**Laurel Run, PA 18706** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,257.46 |
| Date(s) debt was incurred **11/13/18** | Basis for the claim: **Trade debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $43,251.81 |
|---|---|---|---|

**AIK Renovations Inc.**
35-43 37th St.
Long Island City, NY 11101

Date(s) debt was incurred **10/19/18**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☐ No ☑ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $29,260.00 |
|---|---|---|---|

**American Express National Bank**
P.O. Box 30384
Salt Lake City, UT 84130

Date(s) debt was incurred __

Last 4 digits of account number **1300**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Commercial loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.46 |
|---|---|---|---|

**American Express National Bank**
43 Butterfield Circle
El Paso, TX 79906

Date(s) debt was incurred __

Last 4 digits of account number **1001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business credit card: Amazon Business Prime Card**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,059.00 |
|---|---|---|---|

**AmTrust North America**
59 Maiden Lane
New York, NY 10038

Date(s) debt was incurred **12/11/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $131.25 |
|---|---|---|---|

**Anheuser-Busch**
**Distributors of NY, Inc.**
550 Food Center Dr
Bronx, NY 10474

Date(s) debt was incurred **5/1/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $762.99 |
|---|---|---|---|

**Aramark Uniform Services**
P.O. Box 28050
New York, NY 10087

Date(s) debt was incurred **10/22/2019**

Last 4 digits of account number **6516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,626.11 |
|---|---|---|---|

**BHB Pest Elimination**
150 W 28 St.
New York, NY 10001

Date(s) debt was incurred **1/1/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$6,000.00**

BlueVine Capital Inc.
30 Montgomery St., #1400
Jersey City, NJ 07302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number __7746__

Basis for the claim: __Commercial loan__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$434,691.00**

Brian H. Goldberg
200 E 69th St, Apt. 17D
New York, NY 10021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Member loan__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$1,448.20**

Bulletproof! Food Safety
223 Bedford Ave, Ste A
Brooklyn, NY 11211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/30/19__
Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$5,849.96**

Bunzl Processor Division
5710 41st St, NW
Riverside, MO 64150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/1/19__
Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$32,531.80**

Capital Advance Inc.
30 Broad Street, 14th Fl.
New York, NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: __Commercial loan__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$31,000.00**

Capital One Bank, N.A.
P.O. Box 71083
Charlotte, NC 28272-1083

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number __3765__

Basis for the claim: __Business credit card: Capital One Spark__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | **$816.56**

Cicale Carting Co.
228 E 117th St
New York, NY 10035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/1/19__
Last 4 digits of account number _

Basis for the claim: __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,613.37 |
|---|---|---|---|

**CitiCards**
**P.O. Box 6500**
**Sioux Falls, SD 57117**

Date(s) debt was incurred _____

Last 4 digits of account number  **2332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business credit card: CitiBank Business**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $67,000.00 |
|---|---|---|---|

**Clearbanc**
**200 University Ave**
**Toronto, ON M5H 3C6**
**Canada**

Date(s) debt was incurred _____

Last 4 digits of account number  **3501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $880.44 |
|---|---|---|---|

**CT Corporation**
**111 Eighth Ave**
**New York, NY 10011**

Date(s) debt was incurred  **0/1/19**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,485.32 |
|---|---|---|---|

**Darren Wightman**
**250 The Promenade**
**Edgewater, NJ 07020**

Date(s) debt was incurred  **12/24/19**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $433.68 |
|---|---|---|---|

**Deco Pest Control LLC**
**6623 13th Ave**
**Brooklyn, NY 11219**

Date(s) debt was incurred  **12/1/19**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,216.47 |
|---|---|---|---|

**Dezer Properties**
**89 Fifth Avenue, 11th Fl.**
**New York, NY 10003**

Date(s) debt was incurred  **10/6/19**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $32,729.84 |
|---|---|---|---|

**Einbinder & Dunn LLP**
**112 Madison Ave 8th Fl.**
**New York, NY 10016**

Date(s) debt was incurred  **3/1/19**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Mr Bing LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Empowered Hospitality**
26 Broadway, 8th Fl.
New York, NY 10004

Date(s) debt was incurred  8/1/19

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $295.00 |
|---|---|---|---|

**Estes Express Lines**
P.O. Box 25612
Richmond, VA 23260

Date(s) debt was incurred  5/14/19

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $558.94 |
|---|---|---|---|

**F.W. Webb Company**
13 West 24 Street
New York, NY 10010

Date(s) debt was incurred  4/5/19

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,000.00 |
|---|---|---|---|

**Forward Financing LLC**
100 Summer St., #1175
Boston, MA 02110

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Commercial loan

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,089.50 |
|---|---|---|---|

**Grand Ave Food Supply Inc.**
6301 20th Ave
Brooklyn, NY 11204

Date(s) debt was incurred  8/1/19

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,114.50 |
|---|---|---|---|

**Hale and Hearty Soups LLC**
90 Broad Street , Ste 1201
New York, NY 10004

Date(s) debt was incurred  12/2/19

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108,733.92 |
|---|---|---|---|

**Hartford Financial Services
Group, Inc.**
277 Park Ave
New York, NY 10172

Date(s) debt was incurred  8/29/19

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Commercial liability insurance

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,937.90 |
|---|---|---|---|

**Imperial Bag & Paper Co. LLC**
255 Route 1 & 9
Jersey City, NJ 07306

Date(s) debt was incurred **8/1/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53,000.00 |
|---|---|---|---|

**Imperial Dade LLC**
255 Route 1 & 9
Jersey City, NJ 07306

Date(s) debt was incurred __

Last 4 digits of account number **3501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Commercial loan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,344.00 |
|---|---|---|---|

**Ito En, Ltd**
20 Jay Street,  Ste 530
Brooklyn, NY 11201

Date(s) debt was incurred **6/25/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**Jeffrey J Coren CPA**
225 W 34th St, #1315
New York, NY 10122

Date(s) debt was incurred **10/31/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accounting services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Joseph, Mann, & Creed**
8948 Canyon Falls Blvd, Ste 200
Twinsburg, OH 44087

Date(s) debt was incurred **4/18/19**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,636.00 |
|---|---|---|---|

**JPMorgan Chase Bank, N.A.**
1111 Polaris Parkway
Columbus, OH 43240

Date(s) debt was incurred __

Last 4 digits of account number **8983**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Business credit card: Chase Ink Business Plus**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $158,000.00 |
|---|---|---|---|

**Kabbage, Inc.**
925B Peachtree Street NE, Ste 1688
Atlanta, GA 30309

Date(s) debt was incurred __

Last 4 digits of account number **4606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Commercial loan**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,915.00 |
| --- | --- | --- | --- |

**KC Moylan**
c/o Altamont Capital Partners
400 Hamilton Avenue, Ste 230
Palo Alto, CA 94301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Consulting__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,955.00 |
| --- | --- | --- | --- |

**Mayumi Ando**
854 West 181 St., Apt 4H
New York, NY 10033

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __10/2/19__

Basis for the claim: __Consulting__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $864.00 |
| --- | --- | --- | --- |

**New York Mutual Trading, Inc.**
77 Metro Way
Secaucus, NJ 07094

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __12/13/19__

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,000.00 |
| --- | --- | --- | --- |

**OnDeck Capital**
1400 Broadway
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Line of credit__

Last 4 digits of account number __2803__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288,000.00 |
| --- | --- | --- | --- |

**OnDeck Capital**
1400 Broadway
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Commercial loan__

Last 4 digits of account number __8320__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $163.32 |
| --- | --- | --- | --- |

**Optimal System Solutions**
4301 21st St, # 321b
Long Island City, NY 11101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __3/5/19__

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,066.90 |
| --- | --- | --- | --- |

**Peking Food LLC**
47 Stewart Ave
Brooklyn, NY 11237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __11/11/19__

Basis for the claim: __Trade debt__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| | | | |
|--|--|--|--|
| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$142.45** |
| | **R3 Redistribution**<br>**c/o Bunzl Distribution USA LLC**<br>**1 Cityplace Dr, Ste 200**<br>**Saint Louis, MO 63141** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/18/19 | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
| | **Richard Seet**<br>**c/o Stephen Seet**<br>**134-54 Maple Avenue, Ste 2Z**<br>**Flushing, NY 11355** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/29/19 | **Basis for the claim:** __Consulting__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
| | **Shanghai Stove Inc.**<br>**DBA Shanghai MBS**<br>**78-82 Gerry Street**<br>**Brooklyn, NY 11206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  10/24/19 | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,959.75** |
| | **Sign Expo NYC LLC**<br>**127 West 26th St, Ste 401**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  2/19/19 | **Basis for the claim:** __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
| | **SJ Master Development, LLC**<br>**45 Middle Neck Rd**<br>**Great Neck, NY 11021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Commercial loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,423.75** |
| | **Spartan Capital Securities LLC**<br>**45 Broadway, 19th Fl.**<br>**New York, NY 10006** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Commercial loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|--|--|--|--|
| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,000.00** |
| | **Square Capital, LLC**<br>**1455 Market Street, Suite 600**<br>**San Francisco, CA 94103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Commercial loan__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,274.27 |
|---|---|---|---|

**Tek Express**
**25 Hutcheson Place**
**Lynbrook, NY 11563**

Date(s) debt was incurred  **4/10/19**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.61 |
|---|---|---|---|

**ULINE Shipping Supplies**
**12575 Uline Drive**
**Pleasant Prairie, WI 53158**

Date(s) debt was incurred  **8/21/19**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,285.85 |
|---|---|---|---|

**UnitedHealthcare Group Inc.**
**P.O. Box 740815**
**Atlanta, GA 30374**

Date(s) debt was incurred  **12/16/19**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,459.09 |
|---|---|---|---|

**US Foods**
**1051 Amboy Avenue**
**Perth Amboy, NJ 08861**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **9612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **AmTrust Financial Services**<br>**P.O. Box 6939**<br>**Cleveland, OH 44101** | Line  **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **CT Corporation**<br>**P.O. Box 4349**<br>**Carol Stream, IL 60197** | Line  **3.19**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. $ | 131,832.09 |
| 5b. Total claims from Part 2 | | 5b. + $ | 1,853,787.69 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | | 5c. $ | 1,985,619.78 |

Fill in this information to identify the case:

Debtor name      **Mr Bing LLC**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1     State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.2     State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.3     State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |
| 2.4     State what the contract or lease is for and the nature of the debtor's interest | |
|         State the term remaining | |
|         List the contract number of any government contract | |

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors       12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

    **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

    **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Brian H. Goldberg** | **200 E 69th St, Apt. 17D New York, NY 10021** | **SJ Master Development, LLC** | ■ D   __2.17__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Brian H. Goldberg** | **200 E 69th St, Apt. 17D New York, NY 10021** | **JPMorgan Chase Bank, N.A.** | ■ D   __2.11__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Brian H. Goldberg** | **200 E 69th St, Apt. 17D New York, NY 10021** | **JPMorgan Chase Bank, N.A.** | ■ D   __2.12__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Brian H. Goldberg** | **200 E 69th St, Apt. 17D New York, NY 10021** | **NYS Dept. of Taxation & Finance** | ☐ D _____ <br> ■ E/F   __2.1__ <br> ☐ G _____ |
| 2.5 | **Brian H. Goldberg** | **200 E 69th St, Apt. 17D New York, NY 10021** | **150 West 28th Street LLC** | ☐ D _____ <br> ■ E/F   __3.1__ <br> ☐ G _____ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor **Mr Bing LLC**                                    Case number *(if known)* _____

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Brian H. Goldberg** | **200 E 69th St, Apt. 17D** <br> **New York, NY 10021** | **American Express National Bank** | ☐ D _____ <br> ■ E/F **3.4** <br> ☐ G _____ |
| 2.7 | **Brian H. Goldberg** | **200 E 69th St, Apt. 17D** <br> **New York, NY 10021** | **BlueVine Capital Inc.** | ☐ D _____ <br> ■ E/F **3.10** <br> ☐ G _____ |
| 2.8 | **Brian H. Goldberg** | **200 E 69th St, Apt. 17D** <br> **New York, NY 10021** | **Capital Advance Inc.** | ☐ D _____ <br> ■ E/F **3.14** <br> ☐ G _____ |
| 2.9 | **Brian H. Goldberg** | **200 E 69th St, Apt. 17D** <br> **New York, NY 10021** | **Capital One Bank, N.A.** | ☐ D _____ <br> ■ E/F **3.15** <br> ☐ G _____ |
| 2.10 | **Brian H. Goldberg** | **200 E 69th St, Apt. 17D** <br> **New York, NY 10021** | **CitiCards** | ☐ D _____ <br> ■ E/F **3.17** <br> ☐ G _____ |
| 2.11 | **Brian H. Goldberg** | **200 E 69th St, Apt. 17D** <br> **New York, NY 10021** | **Forward Financing LLC** | ☐ D _____ <br> ■ E/F **3.27** <br> ☐ G _____ |
| 2.12 | **Brian H. Goldberg** | **200 E 69th St, Apt. 17D** <br> **New York, NY 10021** | **Imperial Dade LLC** | ☐ D _____ <br> ■ E/F **3.32** <br> ☐ G _____ |
| 2.13 | **Brian H. Goldberg** | **200 E 69th St, Apt. 17D** <br> **New York, NY 10021** | **Kabbage, Inc.** | ☐ D _____ <br> ■ E/F **3.37** <br> ☐ G _____ |

| Debtor | Mr Bing LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**      *Column 2:* **Creditor**

| 2.14 | Brian H. Goldberg | 200 E 69th St, Apt. 17D New York, NY 10021 | OnDeck Capital | ☐ D _____ ■ E/F __3.41__ ☐ G _____ |
|---|---|---|---|---|
| 2.15 | Brian H. Goldberg | 200 E 69th St, Apt. 17D New York, NY 10021 | OnDeck Capital | ☐ D _____ ■ E/F __3.42__ ☐ G _____ |
| 2.16 | Brian H. Goldberg | 200 E 69th St, Apt. 17D New York, NY 10021 | SJ Master Development, LLC | ☐ D _____ ■ E/F __3.49__ ☐ G _____ |
| 2.17 | Brian H. Goldberg | 200 E 69th St, Apt. 17D New York, NY 10021 | Spartan Capital Securities LLC | ☐ D _____ ■ E/F __3.50__ ☐ G _____ |
| 2.18 | Brian H. Goldberg | 200 E 69th St, Apt. 17D New York, NY 10021 | Square Capital, LLC | ☐ D _____ ■ E/F __3.51__ ☐ G _____ |
| 2.19 | Brian H. Goldberg | 200 E 69th St, Apt. 17D New York, NY 10021 | US Foods | ☐ D _____ ■ E/F __3.55__ ☐ G _____ |
| 2.20 | Mr Bing Vanderbilt LLC | 152 West 28th St New York, NY 10001 | SJ Master Development, LLC | ■ D __2.17__ ☐ E/F _____ ☐ G _____ |

Fill in this information to identify the case:

Debtor name    **Mr Bing LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 2, 2020**      *X* **/s/ Brian H. Goldberg**
                                        Signature of individual signing on behalf of debtor

                                         **Brian H. Goldberg**
                                         Printed name

                                         **Managing Member**
                                         Position or relationship to debtor

Debtor name    **Mr Bing LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
    amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **04/19**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From   **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$191,080.13** |
| **For prior year:**<br>From   **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$2,198,380.00** |
| **For year before that:**<br>From   **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$2,235,732.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Darren Wightman**<br>**250 The Promenade**<br>**Edgewater, NJ 07020** | **1/3/20,**<br>**1/10/20,**<br>**1/17/20,**<br>**1/31/20 &**<br>**2/8/20** | **$12,353.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2.  **Grand Ave Food Supply Inc.**<br>**6301 20th Ave**<br>**Brooklyn, NY 11204** | **1/3/20,**<br>**1/17/20,**<br>**1/24/20 &**<br>**1/31/20** | **$7,444.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3.  **Imperial Dade LLC**<br>**255 Route 1 & 9**<br>**Jersey City, NJ 07306** | **1/3/20,**<br>**1/17/20,**<br>**1/24/20 &**<br>**1/31/20** | **$9,145.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4.  **United Healthcare**<br>**48 Monroe Turnpike**<br>**Trumbull, CT 06611** | **1/8/20 &**<br>**2/10/20** | **$8,953.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5.  **Clearbanc**<br>**200 University Ave**<br>**Toronto, ON**<br>**M5H 3C6, Canada** | **1/2/20,**<br>**1/3/20,**<br>**1/6/20,**<br>**1/8/20   - 1/10/20,**<br>**1/13/20 - 1/17/20,**<br>**1/21/20 - 1/24/20,**<br>**1/27/20 - 1/31/ 20,**<br>**2/2/20,**<br>**2/4/20,**<br>**2/6/20,**<br>**2/7/20 &**<br>**2/11/20 - 2/14/20** | **$29,768.32** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6.  **JPMorgan Chase Bank, N.A.**<br>**4 New York Plaza, 14 Fl.**<br>**New York, NY 10004** | **1/21/20 &**<br>**2/19/20** | **$7,182.96** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.7. **American Express National Bank** P.O. Box 30384 Salt Lake City, UT 84130 | 1/2/20 - 1/3/20, 1/6/20 - 1/10/20, 1/13/20 - 1/17/ 20, 1/21/20 - 1/24/20, 1/27/20 - 1/31/20, 2/3/20 - 2/7/20, 2/10/20 - 2/14/20 & 2/18/20 - 2/21/20 | $8,142.45 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.8. **OnDeck Capital** 1400 Broadway New York, NY 10018 | 1/2/20, 1/3/20, 1/8/20, 1/10/20, 1/15/20, 1/17/20, 1/22/20, 1/24/20, 1/29/20, 1/31/20 & 2/4/20 | $8,142.45 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.9. **Kabbage, Inc.** 925B Peachtree Street NE Suite 1688 Atlanta, GA 30309 | 12/31/19 & 2/13/20 | $9,727.72 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10. **Spartan Capital Securities LLC** 45 Broadway, 19th Fl. New York, NY 10006 | 1/13/20 - 1/17/20, 1/21/20 - 1/24/20, 1/27/20 - 1/31/20 & 2/3/20- 2/4/20 | $8,340.00 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11. **Capital Advance Inc.** 30 Broad Street, 14th Fl. New York, NY 10004 | 1/14/20 - 1/17/20, 1/21/20 - 1/24/20, 1/27/20 - 1/31/20 & 2/3/20 - 2/4/20 | $6,984.45 | ☐ Secured debt ■ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.12   **Forward Financing LLC**<br>**100 Summer St., #1175**<br>**Boston, MA 02110** | **12/30/19 - 12/31/19,**<br>**1/2/20 - 1/3/20,**<br>**1/6/20 - 1/10/20,**<br>**1/13/20 - 1/17/20,**<br>**1/21/20 - 1/24/20,**<br>**1/27/20 - 1/31/20 &**<br>**2/3/20 - 2/4/20** | **$12,500.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **Brian H. Goldberg**<br>**200 E 69th St, Apt. 17D**<br>**New York, NY 10021**<br>**Managing member** | **4/15/19,**<br>**4/25/19,**<br>**5/14/19,**<br>**6/3/19,**<br>**7/22/19,**<br>**8/1/19,**<br>**8/5/19,**<br>**8/8/19,**<br>**9/3/19,**<br>**10/15/19,**<br>**10/25/19,**<br>**11/1/19,**<br>**11/8/19,**<br>**11/15/19,**<br>**11/22/19,**<br>**12/9/19,**<br>**12/13/19,**<br>**12/20/19,**<br>**12/27/19,**<br>**1/3/20,**<br>**1/10/20,**<br>**1/17/20,**<br>**1/24/20,**<br>**1/31/20 &**<br>**2/6/20** | **$125,335.00** | **Salary** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Capital Advance Services LLC**<br>**1274 49th St., Ste 408**<br>**Brooklyn, NY 11219** | **Cash held in business checking account pursuant to garnishment order (***Capital Advance Services LLC v. Mr Bing Vanderbilt LLC et al***) Index No. 152096/2020** | 3/3/20 | $2,950.35 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | *AIK Renovations Inc. v. Mr. Bing LLC*<br>654094/2019 | Civil | **New York County Supreme Court**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Museum of Chinese in America (MOCA)**<br>**215 Centre St**<br>**New York, NY 10013** | **Food for holiday festival** | 9/7/19 | $1,500.00 |
| | Recipients relationship to debtor | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Rosen & Associates, P.C.**<br>**747 Third Avenue**<br>**New York, NY 10019-2803** | **Attorneys' Fees** | **2/26/20** | **$25,000.00** |
| | **Email or website address**<br>**rosenpc.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Customer lists**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Manhattan Mini Storage**<br>**543 W 43rd St**<br>**New York, NY 10036** | **Brian H. Goldberg**<br>**200 E 69th St, Apt. 17D**<br>**New York, NY 10021** | **Various restaurant equipment** | ☐ No<br>■ Yes |

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

| | | | |
|---|---|---|---|
| 25.1. | **Mr. Bing of 8 West 46th St. LLC**<br>152 West 28th St<br>New York, NY 10001 | **Operating entity of Debtor** | EIN:   **83-3555239**<br><br>From-To   **2/11/19 - present** |
| 25.2. | **Mr Bing Mobile Foods LLC**<br>152 West 28th St<br>New York, NY 10001 | **Operating entity of Debtor** | EIN:   **81-4242980**<br><br>From-To   **10/26/16 - present** |
| 25.3. | **Mr Bing NYC LLC**<br>152 West 28th St<br>New York, NY 10001 | **Operating entity of Debtor** | EIN:   **81-4818994**<br><br>From-To   **11/15/16 - present** |
| 25.4. | **Mr Bing of 115 St Marks LLC**<br>152 West 28th St<br>New York, NY 10001 | **Operating entity of Debtor** | EIN:   **38-4044897**<br><br>From-To   **8/9/17 - present** |
| 25.5. | **Mr Bing of 28th Street LLC**<br>152 West 28th St<br>New York, NY 10001 | **Operating entity of Debtor** | EIN:   **81-3996731**<br><br>From-To   **9/23/16 - present** |
| 25.6. | **Mr Bing of Times Square LLC**<br>152 West 28th St<br>New York, NY 10001 | **Operating entity of Debtor** | EIN:   **82-4575987**<br><br>From-To   **2/27/18 - present** |
| 25.7. | **Mr Bing Vanderbilt LLC**<br>152 West 28th St<br>New York, NY 10001 | **Operating entity of Debtor** | EIN:   **81-4531392**<br><br>From-To   **11/23/16 - present** |
| 25.8. | **MRB Logistics LLC**<br>152 West 28th St<br>New York, NY 10001 | **Operating entity of Debtor** | EIN:   **81-5027464**<br><br>From-To   **1/20/17 - present** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **AJA Eat Feed NYC LLC**<br>d/b/a Pro Management Co.<br>1460 Broadway, 11th Floor<br>New York, NY 10036 | **11/17 - 1/20** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **BDO USA, LLP**<br>**32125 Solon Road, Ste 200**<br>**Solon, OH 44139** | **11/17 - 1/20** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.   **AJA Eat Feed NYC LLC**<br>**d/b/a Pro Management Co.**<br>**1460 Broadway, 11th Floor**<br>**New York, NY 10036** | **11/17 - 1/20** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **AJA Eat Feed NYC LLC**<br>**d/b/a Pro Management Co.**<br>**1460 Broadway, 11th Floor**<br>**New York, NY 10036** | |
| 26c.2.   **BDO USA, LLP**<br>**32125 Solon Road, Ste 200**<br>**Solon, OH 44139** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **Clearbanc**<br>**200 University Ave**<br>**Toronto, ON**<br>**M5H 3C6, Canada** |
| 26d.2.   **American Express National Bank**<br>**43 Butterfield Circle**<br>**El Paso, TX 79906** |
| 26d.3.   **OnDeck Capital**<br>**1400 Broadway**<br>**New York, NY 10018** |
| 26d.4.   **Square Capital, LLC**<br>**1455 Market Street, Suite 600**<br>**San Francisco, CA 94103** |
| 26d.5.   **RXS Bing Partners, LLC**<br>**152 West 28th St.**<br>**New York, NY 10001** |
| 26d.6.   **SJ Master Development, LLC**<br>**45 Middle Neck Rd**<br>**Great Neck, NY 11021** |
| 26d.7.   **Spartan Capital Securities LLC**<br>**45 Broadway, 19th Fl.**<br>**New York, NY 10006** |

| **Name and address** |
|---|

| 26d.8. | **Square Capital, LLC**<br>**1455 Market Street, Suite 600**<br>**San Francisco, CA 94103** |
|---|---|
| 26d.9. | **ACP Bing, Inc.**<br>**400 Hamilton Avenue, Ste 230**<br>**Palo Alto, CA 94301** |
| 26d.10. | **Andrew Plimack**<br>**8820 Walthier Blvd, #2106**<br>**Balto, MD 21234** |
| 26d.11. | **Balitai Jianbing LLC**<br>**c/o Kuafu Properties LLC**<br>**1500 Broadway, Suite 2202**<br>**New York, NY 10036** |
| 26d.12. | **Ben Duvall**<br>**22 Windsor Place**<br>**Brooklyn, NY 11215** |
| 26d.13. | **BlueVine Capital Inc.**<br>**30 Montgomery St., #1400**<br>**Jersey City, NJ 07302** |
| 26d.14. | **Brian H. Goldberg**<br>**200 E 69th St, Apt. 17D**<br>**New York, NY 10021** |
| 26d.15. | **Brian Wong**<br>**54 Kennedy Road**<br>**Ewan Ct, Apt 10C**<br>**Hong Kong, SAR** |
| 26d.16. | **Capital Advance Inc.**<br>**30 Broad Street, 14th Fl.**<br>**New York, NY 10004** |
| 26d.17. | **Forward Financing LLC**<br>**100 Summer St., #1175**<br>**Boston, MA 02110** |
| 26d.18. | **Imperial Dade LLC**<br>**255 Route 1 & 9**<br>**Jersey City, NJ 07306** |
| 26d.19. | **Jeffrey J Coren CPA**<br>**225 W 34th St, #1315**<br>**New York, NY 10122** |
| 26d.20. | **Jinyuan Jin**<br>**210 W 89th St, # 11F**<br>**New York, NY 10024** |
| 26d.21. | **Josh Shedroff**<br>**34 Wynmor Rd**<br>**Scarsdale, NY 10583** |
| 26d.22. | **JPMorgan Chase Bank, N.A.**<br>**1111 Polaris Parkway**<br>**Columbus, OH 43240** |

| Name and address |
| --- |

| 26d.23. | **Kabbage, Inc.**<br>**925B Peachtree Street NE**<br>**Suite 1688**<br>**Atlanta, GA 30309** |
| --- | --- |
| 26d.24. | **Key Liberty LLC**<br>**611 11th Ave**<br>**San Francisco, CA 94118** |
| 26d.25. | **Marc Rudajev**<br>**4240 Lost Hills Rd, Unit 204**<br>**Calabasas, CA 91301** |
| 26d.26. | **Ning Wong and Ed Bennett**<br>**1 Pandan  Vally, #04-103**<br>**Camellia Terrace**<br>**Singapore, 597625** |
| 26d.27. | **Phil Tulk**<br>**2445 West 33rd Ave**<br>**Vancouver, BC**<br>**V6M 1C4, Canada** |
| 26d.28. | **Andrew Plimack**<br>**8820 Walthier Blvd, #2106**<br>**Balto, MD 21234** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- | --- |
| 27.1. | **Manny Daliz & Darren Wightman** | **1/1/20** | **$21,376 - Cost** |

| | Name and address of the person who has possession of inventory records |
| --- | --- |
| | **Manny Daliz & Darren Wightman**<br>**c/o Mr Bing LLC**<br>**152 West 28th St.**<br>**New York, NY 10001** |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Brian H. Goldberg | 200 E 69th St, Apt. 17D<br>New York, NY 10021 | Founder & CEO | 85 |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Richard Seet | 134-54 Maple Avenue, Ste 2Z<br>Flushing, NY 11355 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Shang Dai | 1500 Broadway, 22nd Fl.<br>New York, NY 10021 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Kevin Mason** | **c/o Altamont Capital Partners 400 Hamilton Avenue, Ste 230 Palo Alto, CA 94301** | **Advisor** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **KC Moylan** | **c/o Altamont Capital Partners 400 Hamilton Avenue, Ste 230 Palo Alto, CA 94301** | **Advisor** | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **Richard Seet 134-54 Maple Avenue, Ste 2Z Flushing, NY 11355** | **$50,000** | **3/8/19, 3/29/19, 5/3/19, 5/31/19, 6/29/19, 8/2/18, 8/30/19, 10/11/19, 11/1/19 & 1/3/20** | **Consulting services** |
| | Relationship to debtor **Director** | | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | | | 4/15/19, 4/25/19, 5/14/19, 6/3/19, 7/22/19, 8/1/19, 8/5/19, 8/8/19, 9/3/19, 10/15/19, 10/25/19, 11/1/19, 11/8/19, 11/15/19, 11/22/19, 12/9/19, 12/13/19, 12/20/19. 12/27/19. 1/3/20, 1/10/20, 1/17/20, 1/24/20, 1/31/20 & 2/6/20 | |
| | **Brian H. Goldberg 200 E 69th St, Apt. 17D New York, NY 10021** | **$125,335.00** | | **Salary** |
| | Relationship to debtor **Managing member** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April  2, 2020**

**/s/ Brian H. Goldberg**                                          **Brian H. Goldberg**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor     **Managing Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☒ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy